```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
MAURICIO ORBETTA et al., *individually and on behalf* :
*of all others similarly situated*,                   :
                                                      :
                                Plaintiffs,           :    20 Civ. 9000 (JPC)
                                                      :
                -v-                                   :    ORDER
                                                      :
DAIRYLAND USA CORP. and THE CHEF'S                    :
WAREHOUSE, INC.,                                      :
                                                      :
                                                      :
                                Defendants.           :
                                                      :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 20, 2021, the Court set an Initial Pretrial Conference ("IPTC") in this case and directed the parties to file a joint status letter and a proposed case management plan no later than seven days prior to the IPTC. Dkt. 81. On April 29, 2021, the Court rescheduled the IPTC to June 22, 2021, at 10:30 a.m. Dkt. 83.

To date, the parties have filed neither a joint letter nor a proposed case management plan. By no later than 5:00 p.m. on June 21, 2021, the parties are directed to file a joint status letter as described in the Court's April 20, 2021 Order, Dkt. 81, and a proposed case management plan, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.

Dated: June 21, 2021
      New York, New York
                                                    JOHN P. CRONAN
                                                    United States District Judge