UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
    :
MAURICIO ORBETTA et al., *individually and on behalf*  :
*of all others similarly situated*,   :
  :
                             Plaintiffs,   :       20 Civ. 9000 (JPC)
  :
               -v-   :          <u>ORDER</u>
  :
DAIRYLAND USA CORP. and THE CHEF'S  :
WAREHOUSE, INC.,   :
  :
  :
                             Defendants.   :
  :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      At the June 22, 2021 conference, the parties stipulated to limited discovery on whether the Motor Carrier Act bars Plaintiffs' claims. The Court directed the parties to submit a proposed scheduling order by June 29, 2021. The parties have failed to do so. By July 21, 2021, the parties are directed to submit a proposed scheduling order as described at the June 22, 2021 conference.

      SO ORDERED.

Dated: July 14, 2021
       New York, New York

                                                 JOHN P. CRONAN
                                               United States District Judge