

**Littler Mendelson P.C.**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212-583-2685 direct
efreedberg@littler.com

October 26, 2022

**VIA ECF**

Hon. John P. Cronan
United States District Court Judge
500 Pearl St.
New York, NY 10007-1312

**Re:     Orbetta v. Dairyland USA Corporation et al., 1:20-cv-09000-JPC**

Dear Judge Cronan:

This firm represents the Defendants in the above-captioned matter. We write to request an extension of the deadline to file Defendants' Motion for Summary Judgment. On September 29, 2022, with the consent of opposing counsel (ECF No. 118), we respectfully requested an extension of the deadline to file Defendants' Motion and the subsequent opposition and reply papers. The Court granted Defendants' extension request on October 4, 2022. (ECF No. 119.)

Defendants have continued to work in good faith to comply with Plaintiffs' supplemental document requests despite discovery's close, and are continuing to compile information to address those requests.  The combination of complying with these requests, and a losing seven (7) business days because of Defendants' counsel's observance of Jewish holidays, has delayed Defendants' ability to prepare its Motion.

For these reasons, Defendants respectfully request an extension of the deadline to file their Motion from October 28, 2022 to November 18, 2022. Defendants further request that the deadline for Plaintiffs opposition be extended from December 14, 2022 to January 4, 2023, and that the deadline for Defendants reply be extended from December 28, 2022 to January 18, 2023.  We have contacted Plaintiffs regarding this request, but have not received a response. This is the third request for an extension.

Respectfully submitted,

/s/ Eli Z. Freedberg

Eli Z. Freedberg

The request is granted.  Defendants shall file their motion for summary judgment by November 18, 2022; Plaintiffs shall file their opposition by January 4, 2023; and Defendants shall file their reply by January 18, 2023.

SO ORDERED
Date: October 28, 2022
New York, New York

JOHN P. CRONAN
United States District Judge