

**Littler Mendelson P.C.**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212-583-2685 direct
efreedberg@littler.com

October 2, 2023

**VIA ECF**

Hon. John P. Cronan
United States District Court Judge
500 Pearl St.
New York, NY 10007-1312

Re:   Orbetta v. Dairyland USA Corporation et al., 1:20-cv-09000-JPC
      Request for adjournment of the conference scheduled for October 10, 2023

Dear Judge Cronan:

This firm represents the Defendants in the above-captioned matter. We write with the consent of opposing counsel to request an adjournment of the October 10, 2023 conference Your Honor ordered in the Court's decision on the parties' motion for summary judgment. The reason for the request is that the undersigned has an unmovable scheduling conflict at the time of the scheduled conference.  The parties propose the following dates to reschedule the conference: (i) October 20, 2023 before 2:00 pm; (ii) November 3, 2023 between 12:00 and 3:00; or (iii) November 8, 2023 after 11:30.  This is the first request for an adjournment of this conference.

Respectfully submitted,

/s/ Eli Z. Freedberg

Eli Z. Freedberg

The request is granted.  The status conference scheduled for October 10, 2023, at 3:30 p.m. is hereby adjourned until October 20, 2023, at 10:00 a.m.  The status conference will take place in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED
Date: October 3, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge