UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
 
MAURICIO ORBETTA, DELROY HARRIOT, and
GOSNELL BUTLER, individually and on behalf of all
other similarly situated,

       Plaintiffs,

 -v-

DAIRYLAND USA CORPORATION and THE CHEF'S
WAREHOUSE INC.,

       Defendants.
-----------------------------------------------------------------------X

20 Civ. 9000 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

 By October 18, 2023, the parties are ordered to submit to the Court a proposed case management plan and scheduling order for all remaining discovery in this case. A template case management plan and scheduling order is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

 SO ORDERED.

Dated: October 13, 2023
   New York, New York

              JOHN P. CRONAN
             United States District Judge