```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MAURICIO ORBETTA, DELROY HARRIOT, and                                  :
GOSNELL BUTLER, individually and on behalf of all                      :
others similarly situated,                                             :
                                                                       :       20 Civ. 9000 (JPC)
                            Plaintiffs,                                :
                                                                       :            ORDER
            -v-                                                        :
                                                                       :
DAIRYLAND USA CORPORATION and THE CHEF'S                               :
WAREHOUSE, INC.,                                                       :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As previewed earlier today at oral argument on Plaintiffs' motion for conditional certification, the parties should meet and confer regarding whether they request a referral to either the Court-annexed mediation program or to the Honorable Gabriel W. Gorenstein, U.S. Magistrate Judge, for settlement purposes. By June 28, 2024, the parties shall submit a status letter advising the Court on whether they request such a referral.

SO ORDERED.

Dated: June 20, 2024  
       New York, New York  
                                                        JOHN P. CRONAN  
                                             United States District Judge