UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MAURICIO ORBETTA, DELROY HARRIOT, and :
GOSNELL BUTLER, individually and on behalf of all :
others similarly situated, :
:
                   Plaintiffs, :
:
                -v- :        20 Civ. 9000 (JPC)
:
DAIRYLAND USA CORPORATION and THE CHEF'S :        ORDER
WAREHOUSE, INC., :
:
                  Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      In its July 12, 2024 Opinion and Order granting in part Plaintiffs' motion for conditional certification, the Court ordered the parties to submit a revised proposed notice addressing various issues with the original proposed notice outlined by the Court.  Dkt. 175 at 23-24, 26.  Plaintiffs filed a revised proposed notice on August 2, 2024, Dkt. 177, but have not indicated whether that notice is the product of a meet-and-confer process with Defendants as required by the Court's Opinion and Order or whether Defendants have acquiesced to its content.

      Accordingly, within one week of the filing of this Order, the parties are ordered to submit a joint letter (1) addressing whether they engaged in the required meet-and-confer process and (2) indicating whether the notice contains a statement that accurately reflects Defendants' position in this litigation.  *See* Dkt. 175 at 23.

      SO ORDERED.

Dated: August 5, 2024
       New York, New York                                  _____
                                                              JOHN P. CRONAN
                                                            United States District Judge