UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                       :

MAURICIO ORBETTA, individually and on behalf of all  :
others similarly situated,
                                                       :

                        Plaintiffs,             :                20 Civ. 9000 (JPC)
                                                        :

          -v-                               :                    ORDER
                                                        :

DAIRYLAND USA CORPORATION and THE CHEF'S  :
WAREHOUSE, INC.,
                                                       :

                      Defendants.           :
                                                        :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The in-person status conference scheduled for January 12, 2026, at 2:00 p.m. will now take

place that same day at 11:30 a.m.

      SO ORDERED.

Dated:  December 30, 2025
          New York, New York                               JOHN P. CRONAN
                                                United States District Judge